# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3504

_____

Alice N. Newcomb,                      *

                                       *

              Appellant,         *    Appeal from the United States

                                      *    District Court for the Eastern

   v.                           *    District of Missouri.

                                      *

Cindy A. Hansen,               *       [UNPUBLISHED]

                                      *

             Appellee.         *

_____

Submitted:  June 14, 1999
Filed:  June 21, 1999

_____

Before BOWMAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Alice N. Newcomb appeals the district court's ruling denying Newcomb's motion for a new trial on the issue of damages in her action to recover for injuries suffered in an automobile accident.  Newcomb also raises several contentions related to the admissibility of evidence offered by the parties.  Having reviewed the record in the context of Newcomb's arguments, we find the record supports the district court's decisions.  Because our review involves the application of established principles of law in a fact-intensive case, and the parties' submissions show they are thoroughly familiar with the issues before the court, we conclude that an extensive discussion would serve

no useful precedential purpose. We thus affirm the district court without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.